LEMUEL A. WYMAN et al., Respondents, *v.* MARY WYMAN, Individually and as Executrix of ISAAC WYMAN, Deceased, et al., Respondents, and HATTIE LORSCH et al., Appellants.

*Wyman* v. *Wyman*, 118 App. Div. 109, affirmed.
(Argued November 30, 1909; decided December 17, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 21, 1907, modifying, and affirming as modified, a judgment entered upon a decision of the court on trial at Special Term in an action of partition.

*C. Elliott Minor* for appellants.

*Lewis M. Isaacs* and *Harry Mack* for plaintiffs, respondents.

*C. Arthur Levy* and *Leo Levy* for Mary Wyman, individually and as executrix, defendant, respondent.

*David B. Cahn* for Randolph A. Wyman et al., infants, defendants.

Judgment affirmed, without costs, on the ground that in any view of the will the widow has an estate that bars a present action of partition; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WILLARD BARTLETT, HISCOCK and CHASE, JJ.